# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WHITEHEAD, | 1:07-cv-00384-OWW-TAG HC |
| Petitioner, | ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS ISSUED ON JULY 11, 2008 |
| v. | |
| KEN CLARK, | (Doc. 8) |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**BACKGROUND**

Petitioner is currently in the custody of the California Department of Corrections and Rehabilitation pursuant to a judgment of the Superior Court of California, County of Los Angeles, following his 1992 conviction for second degree murder in violation of Cal. Penal Code § 187. (Doc. 1).   Petitioner is serving a prison term of twenty years to life.  (Id.).  Petitioner filed the instant petition on March 9, 2007, challenging the decision of the Board of Parole Hearings ("the Board") to deny Petitioner parole.

On February 1, 2008, Respondent filed the instant motion to dismiss, contending that Petitioner's claims have never been exhausted in state court and therefore the petition should be dismissed.  (Doc. 7). On July 11, 2008, the Court issued findings and recommendations to deny the motion to dismiss, and gave both parties time to file objections.  (Doc. 8).  On July 25, 2008, Respondent filed objections to the findings and recommendations, pointing out that Petitioner had

1   failed to include a complete copy of the transcript of his Board hearing or a complete copy of the

2   challenged panel decision, in the habeas petition he filed with the California Supreme Court, thus

3   precluding the California Supreme Court from reaching the merits of the petition.  (Doc. 9, pp. 2-3).

4       After further review of the exhibits filed with the motion to dismiss, the Court agrees that the

5   claims in the instant petition were not exhausted because Petitioner failed to include a complete copy

6   of the transcript of the Board hearing or the decisional portion of the challenged panel decision, in

7   his petition presented to the California Supreme Court.  Accordingly, the Court concludes that

8   Respondent's objections are well-taken, and will withdraw the findings and recommendations issued

9   on July 11, 2008.  (Doc. 8).

10                                          **ORDER**

11      It is HEREBY ORDERED that the Court's findings and recommendations issued on July 11,

12  2008 (Doc. 8) are WITHDRAWN.

13

14  IT IS SO ORDERED.

15  Dated:   **August 15, 2008**                        **/s/ Theresa A. Goldner**

16                                              UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28