UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WHITEHEAD,<br><br>        Petitioner,<br><br>  v.<br><br>KEN CLARK,<br><br>        Respondent. | 1:07-cv-00384-OWW-TAG HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>(Doc. 11)<br><br>ORDER GRANTING RESPONDENT'S MOTION TO DISMISS (Doc. 7)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On February 1, 2008, Respondent filed a motion to dismiss the petition for lack of exhaustion. (Doc. 7). On August 15, 2008, the Magistrate Judge assigned to the case filed a Findings and Recommendations recommending that motion to dismiss be granted and the petition for writ of habeas corpus be DISMISSED for lack of exhaustion. (Doc. 11). The Findings and Recommendations was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. On September 4, 2008, Petitioner filed objections to the Magistrate Judge's Findings and Recommendations. (Doc. 12).

1 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.   Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendation issued August 15, 2008 (Doc. 11), is ADOPTED IN FULL;

    2.  Respondent's motion to dismiss (Doc. 7), is GRANTED;

    3. The petition for writ of habeas corpus (Doc. 1) is DISMISSED; and

    4. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   September 12, 2008**               /s/ Oliver W. Wanger
                                                 UNITED STATES DISTRICT JUDGE